Decided September 15, 2004

## STATE OF CONNECTICUT *v.* MAURIZIO GIORDANO-LANZA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 83 Conn. App.

811 (AC 23846), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's supplemental instruction violated the defendant's right not to testify?"

The Supreme Court docket number is SC 17258.

*Christine Collyer*, special deputy assistant state's attorney, in support of the petition.

*William B. Westcott*, special public defender, in opposition.

Decided September 15, 2004

